IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENDA JEAN EILAND**                                               **PLAINTIFF**

**v.**                          **CIVIL ACTION NO. 1:15cv14-LG-RHW**

**SINGING RIVER HEALTH SYSTEM, et al.**                  **DEFENDANTS**

## AGREED ORDER TO REMAND

THIS DAY this cause having come on for hearing on the Motion [2] of Plaintiff to remand this cause of action to the Chancery Court of Jackson County, Mississippi, and Defendants having no objection and agreeing to same, and the Court being fully advised of the premises is of the opinion that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the Plaintiff's Motion to Remand [2] is hereby **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that a certified copy of this order of remand shall be immediately mailed by the Clerk of this Court to the clerk of the state court pursuant to 28 U.S.C. § 1447(c).

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2015.

                                               s/ *Louis Guirola, Jr.*
                                               Louis Guirola, Jr.
                                               Chief United States District Judge

AGREED TO BY:

/s/W. HARVEY BARTON, MSB #2104
Attorney for Plaintiff

/s/EARL L. DENHAM, MSB #6047
Attorney for Plaintiff

/s/BRETT K. WILLIAMS, MSB # 7224
Attorney for Defendants Singing River Health System,
Lawrence Cosper, Allen Cronier,
Michael Heidelberg, Kevin Holland,
Tommy Leonard, Ira Polk, and
Morris Strickland

/s/ STEPHEN G. PERESICH, MSB #4114
Attorney for Defendant Hugo Quintana

/s/JOHN L. HUNTER, MSB #2913
Attorney for Michael Tolleson

/s/JOHN A. BANAHAN, MSB #1731
Attorney for Defendant Stephen Nunenmacher